IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD L. BOOZER, SR.,<br><br>    Plaintiff,<br><br>    v.<br><br>MARGARET BARNES, CRNP,<br><br>    Defendant. | Civil Action No. 3: 18-cv-0006<br><br>Chief United States Magistrate Judge<br>Cynthia Reed Eddy |

**ORDER**

**AND NOW,** this 18th day of December, 2020, it is hereby **ORDERED, ADJUDGED AND DECREED** that, for the reasons set forth in the accompanying Memorandum Opinion, the Motion for Summary Judgment field by Defendant Margaret Barnes is **GRANTED.**

The Clerk of Court is directed to mark this case closed.

It is further **ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days after entry of judgment to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

                                                              s/Cynthia Reed Eddy
                                                              Cynthia Reed Eddy
                                                              Chief United States Magistrate Judge

**cc:**    **RICHARD LONEY BOOZER, SR.**
        CS-5766
        SCI HOUTZDALE
        P.O. BOX 1000
        209 Institution Drive
        Houtzdale, PA 16698-1000
        (via U.S. First Class Mail)

        All Counsel of Record
        (via ECF electronic notification)